UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
JAN -5 2009
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>Luis Alberto Nava-Justo,<br><br>　　　　　　　　Defendant. | CASE NO. 08CR4114-W<br><br>**JUDGMENT OF DISMISSAL** |

　　　　IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__　an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____　the Court has dismissed the case for unnecessary delay; or

____　the Court has granted the motion of the Government for dismissal; or

____　the Court has granted the motion of the defendant for a judgment of acquittal; or

____　a jury has been waived, and the Court has found the defendant not guilty; or

____　the jury has returned its verdict, finding the defendant not guilty;

__X__　of the offense of: 8 USC 1325.

　　　　IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 1/5/09

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Thomas J. Whelan
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE